# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LESLIE GUY WILSON,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C19-489RSL

ORDER TO SHOW CAUSE

On April 5, 2019, this Court issued an Order Directing the United States to Answer § 2255 Petition, in the above-captioned matter. The Order was mailed to plaintiff but was returned unopened on April 15, 2019, as petitioner apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Order Directing the United States to Answer § 2255 Petition and to note a "Rule 41 dismissal proceeding" on the calendar for June 21, 2019. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 18th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1