1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLIE GUY WILSON,

              Petitioner,

     vs.

UNITED STATES OF AMERICA,

              Respondent.

NO.  C19-489RSL

ORDER VACATING ORDER TO
SHOW CAUSE AND NOTING
PETITIONER'S MOTION ON THE
COURT'S CALENDAR

      The Court's Order to Show Cause entered April 18, 2019, in the above captioned case, is
hereby VACATED.  The petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or
Correct Sentence is noted on the Court's calendar for May 3, 2019.

      DATED this 19th day of April, 2019.

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE AND NOTING PETITIONER'S MOTION ON
THE COURT'S CALENDAR