UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLIE GUY WILSON,

            Petitioner,

   v.

UNITED STATES OF AMERICA,

            Respondent.

No. C19-0489RSL

ORDER DENYING MOTION FOR RECUSAL

     This matter comes before the Court on petitioner's "Motion: for Different United States District Judge." Dkt. # 11. Petitioner filed this action to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. Pursuant to the standard procedures in this district, his habeas petition has been assigned to the judicial officer who imposed the sentence.

     Petitioner identifies no extrajudicial source of alleged bias, referring only to the undersigned's handling of petitioner's criminal cases. See CR92-0014RSL and CR13-0024RSL. A litigant may not, however, use the recusal process to remove a judge on the ground that he received adverse rulings in litigation. United States v. Studley, 783 F.2d 934, 939 (9th Cir. 1986). Because petitioner has not alleged, and the undersigned is not aware of, personal bias or prejudice against him and there is no reasonable question regarding the undersigned's

ORDER DENYING MOTION FOR
RECUSAL - 1

impartiality, the motion to recuse is DENIED. Pursuant to LCR 3(e), the Clerk of Court is directed to refer the motion to Chief Judge Ricardo S. Martinez for review.

DATED this 24th day of May, 2019.


Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
RECUSAL - 2