UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE GUY WILSON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C19-489 RSL<br><br>ORDER ON REVIEW OF MOTION FOR RECUSAL |

On April 17, 2019, Petitioner Wilson filed a "Motion for Different United States District Judge" seeking to disqualify the Honorable Robert S. Lasnik in this matter. Dkt. #11. On May 24, 2019, Judge Lasnik issued an Order declining to recuse himself and, in accordance with this Court's Local Rules, referring that decision to the Chief Judge for review. Dkt. #16; *see* LCR 3(f).

A judge of the United States shall disqualify himself in any proceeding in which his impartiality "might reasonably be questioned." 28 U.S.C. § 455(a). Federal judges also shall disqualify themselves in circumstances where they have a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(b)(1). Pursuant to 28 U.S.C. § 144, "whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the

matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding." "[A] judge's prior adverse ruling is not sufficient cause for recusal." *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986); *see also Taylor v. Regents of Univ. of Cal.*, 993 F.2d 710, 712 (9th Cir. 1993) ("To warrant recusal, judicial bias must stem from an extrajudicial source.").

Petitioner's sole ground for recusal is Judge Lasnik's prior handling of Petitioner's criminal cases. Petitioner points to no extrajudicial source of bias. As stated above, Judge Lasnik's prior adverse rulings cannot legally constitute a basis for recusal. The Court finds that Plaintiff has failed to present any valid reason to question Judge Lasnik's impartiality.

Accordingly, the Court hereby finds and ORDERS that Judge Lasnik's refusal to recuse himself from this matter is AFFIRMED.

DATED this 6th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE